# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

150787 & (58)(63)

LASHAWN D. REDMOND,
        Plaintiff,

and

DESTINEE'S TRANSPORTATION,
        Plaintiff-Appellant,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
        Defendant-Appellee.

SC:  150787
COA:  313413
Wayne CC:  10-011348-AV

_____/

By order of November 23, 2016, the application for leave to appeal the December 2, 2014 judgment of the Court of Appeals was held in abeyance pending the decision in *Covenant Medical Center v State Farm Mutual Auto Ins Co* (Docket No. 152758).  On order of the Court, the case having been decided on May 25, 2017, 500 Mich ___ (2017), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.  The motions for peremptory reversal are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



Clerk

a0906